AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Robin Hawkins, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:22-cv-02698-BHH |
| | ) |
| Wal-Mart Stores, Inc. et al, | ) |
| | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: The Court grants Defendants' motion for summary judgment. (ECF No. 23.)

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ Decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date: January 16, 2024
Charleston, South Carolina

*ROBIN L. BLUME, CLERK OF COURT*

s/D. Gray

*Signature of Clerk or Deputy Clerk*